# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONATHAN VALENTIN,**         Plaintiff, | : : : |
| v. | : : : **CIVIL ACTION NO. 20-CV-2043** |
| **MTGLQ INVESTORS, L.P.,** *et al.*,         Defendants. | : : |

## ORDER

This 4th day of May, 2020, upon consideration of Plaintiff Jonathan Valentin's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.[1]

**BY THE COURT:**

/s/ Gerald Austin McHugh
United States District Judge

---

[1] To the extent Valentin intends to appeal, he should check the Court's website for developments regarding the Court's response to COVID-19 (coronavirus), available here, http://www.paed.uscourts.gov/response-to-covid-19. The website contains information about filing and accessibility of the Courthouse while COVID-19 measures are in place.